STEVEN H. FELDERSTEIN, State Bar No. 056978
PAUL J. PASCUZZI, State Bar No. 148810
TANIA M. MOYRON, State Bar No. 235736
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com
tmoyron@ffwplaw.com

MALCOLM S. SEGAL, State Bar No.  075481
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, California  95814
Telephone:  (916) 441-0828
Facsimile:  (916) 446-6003
msegal@segalandkirby.com

Attorneys for Scott Salyer as trustee of the Scott Salyer Revocable Trust and the Scott Salyer Revocable Trust

ANDREA M. MILLER, State Bar No.  88992
JAMES C. KEOWEN, State Bar No. 173546
NAGELEY MEREDITH & MILLER, INC.
8001 Folsom Boulevard, Suite 100
Sacramento, California  95826
Telephone:  (916) 386-8292
Facsimile:  (916) 386-8952
amiller@nmlaw.com
jimkeowen@nmlaw.com

Attorneys for SK PM Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, SKF Aviation, LLC, and CSSS, LP d/b/a Central Valley Shippers

*Please see continuation page for a complete list of the moving parties and their respective counsel.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SK FOODS, LP, a California limited partnership, et al.,<br>　　　　　　　　　Debtors. | BANKRUPTCY CASE NO.: 09-29162-D-11<br><br>Chapter 11<br><br>**U.S. District Court Case Nos.**<br>　**2:10-cv-2912-LKK; 2:10-cv-2913-LKK**<br>　**2:10-cv-2914-LKK**<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE IN BANKRUPTCY APPEAL OF ORDER MODIFYING PRELIMINARY INJUNCTION** |
| BRADLEY D. SHARP,<br><br>Plaintiff,<br><br>vs.<br><br>SSC FARMS I, LLC, et al.,<br><br>Defendants. | **AP No. 09-02692**<br>DCN: FWP-1<br><br>Chapter 11 |
| BRADLEY SHARP,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT SALYER, et al.,<br><br>Defendants. | **AP No. 10-02014**<br>DCN: FWP-1<br><br>Chapter 11 |
| BRADLEY SHARP,<br><br>Plaintiff,<br><br>vs.<br><br>SFK AVIATION, LLC et al.,<br><br>Defendants. | **AP No. 10-02016**<br>DCN: FWP-1<br><br>Chapter 11 |

**CONTINUATION SHEET: PARTIES
AND THEIR RESPECTIVE COUNSEL**

| | |
|---|---|
| STEVEN H. FELDERSTEIN, State Bar No. 056978<br>PAUL J. PASCUZZI, State Bar No. 148810<br>TANIA M. MOYRON, State Bar No. 235736<br>FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP<br>400 Capitol Mall, Suite 1450<br>Sacramento, California 95814<br>Telephone: (916) 329-7400<br>Facsimile: (916) 329-7435<br>sfelderstein@ffwplaw.com<br>ppascuzzi@ffwplaw.com<br>tmoyron@ffwplaw.com<br><br>Counsel for Scott Salyer as trustee of the Scott Salyer Revocable Trust and the Scott Salyer Revocable Trust | ANDREA M. MILLER, State Bar No. 88992<br>JAMES C. KEOWEN, State Bar No. 173546<br>NAGELEY MEREDITH & MILLER, INC.<br>8001 Folsom Boulevard, Suite 100<br>Sacramento, California 95826<br>Telephone: (916) 386-8292<br>Facsimile: (916) 386-8952<br>amiller@nmlaw.com<br>jimkeowen@nmlaw.com<br><br>Counsel for Defendants SK PM Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC SSC Farms II, LLC and SSC Farms III, LLC, SKF Aviation, LLC and CSSS, LP d/b/a Central Valley Shippers |
| MALCOLM S. SEGAL, State Bar No. 075481<br>SEGAL & KIRBY<br>770 L Street, Suite 1440<br>Sacramento, California 95814<br>Telephone: (916) 441-0828<br>Facsimile: (916) 446-6003<br>msegal@segalandkirby.com<br><br>Counsel for Scott Salyer as trustee of the Scott Salyer Revocable Trust and the Scott Salyer Revocable Trust | GREGORY C. NUTI, State Bar No. 151754<br>KEVIN W. COLEMAN, State Bar No. 168538<br>MICHAEL M. CARLSON, State Bar No. 88048<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>One Montgomery Street, Suite 2200<br>San Francisco, California 94104-5501<br>Telephone: 415-364-6700<br>Facsimile: 415-364-6785<br>gnuti@schnader.com<br>kcoleman@schnader.com<br>mcarlson@schnader.com<br><br>Counsel for Bradley D. Sharp, Chapter 11 Trustee |

Scott Salyer, as trustee of the Scott Salyer Revocable Trust; the Scott Salyer Revocable Trust; SK PM Corp.; SK Foods, LLC; SKF Canning, LLC; Blackstone Ranch Corporation; Monterey Peninsula Farms, LLC; Salyer Management Company, LLC; SK Farms Services, LLC; SK Frozen Foods, LLC; SS Farms, LLC; SSC Farming, LLC; SSC Farms I, LLC; SSC Farms II, LLC; SSC Farms III, LLC; SKF Aviation, LLC; and CSSS, LP d/b/a Central Valley Shippers (collectively, "Appellants"), on the one hand, and Bradley D. Sharp ("Appellee"), the duly appointed and acting chapter 11 trustee of substantively consolidated debtors SK Foods, L.P., a California limited partnership, and RHM Industrial/Specialty Foods, Inc., a California corporation, d/b/a Colusa County Canning Co., on the other hand, by and through their respective counsel, hereby stipulate and agree as follows:

1. On January 11, 2011, the Court entered a briefing schedule (the "Briefing Schedule") for the appeals filed in the above-captioned cases (collectively, the "Appeals"). Pursuant to the Briefing Schedule, Appellants were to submit their opening brief and excerpts of record on January 25, 2011.

2. On or around January 14, 2011, Appellants and Appellee agreed to participate in mediation concerning, among other things, the Appeals with Judge Michael McManus in the next sixty (60) days (the "Mediation"). Appellants and Appellee also agreed to postpone the briefing of the Appeals as the issues in the Appeals will be negotiated as part of the Mediation.

3. Appellants and Appellee hereby agree that the deadline for Appellants to file their opening brief and excerpts of record should be extended to March 17, 2011, and that all other briefing thereafter regarding the Appeals should be conducted pursuant to a briefing schedule in accordance with the rules of this Court and the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

4. Appellants and Appellee believe that postponing the briefing of the Appeals will enhance the parties' ability in the Mediation to agree to a consensual resolution of the issues in the Appeals, although the parties are unable to guarantee at this time that they will be successful.

5. For the foregoing reasons, Appellants and Appellee hereby jointly request that the Court enter an order setting March 17, 2011 as the deadline for Appellants to file their opening

-1-    STIPULATION AND [PROPOSED] ORDER MODIFYING
BRIEFING SCHEDULE IN BANKRUPTCY APPEAL

1  brief and excerpts of record in the Appeals, and that all other briefing thereafter regarding the

2  Appeals should be conducted pursuant to a briefing schedule in accordance with the rules of this

3  Court and the Bankruptcy Rules.

4

5

6  Dated this 27th day of January, 2011

7

8

| | |
|---|---|
| 9  SCHNADER HARRISON SEGAL & LEWIS LLP | FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP |
| 10 | |
| 11  __/S/ MICHAEL A. CARLSON_____ MICHAEL M. CARLSON | __/S/ PAUL J. PASCUZZI_____ PAUL J. PASCUZZI |
| 12  Counsel for Bradley D. Sharp, as Chapter 11 Trustee of SK Foods, L.P. | Counsel for Scott Salyer as trustee of the Scott Salyer Revocable Trust and the Scott Salyer Revocable Trust |
| 13 | |
| 14  SEGAL & KIRBY LLP | NAGELEY MEREDITH & MILLER, INC. |
| 15 | |
| 16  __/S/ MALCOLM S. SEGAL_____ MALCOLM S. SEGAL | __/S/ JAMES C. KEOWEN_____ JAMES C. KEOWEN |
| 17  Counsel for Scott Salyer as trustee of the Scott Salyer Revocable Trust and the Scott Salyer Revocable Trust | Counsel for SK PM Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, SKF Aviation, LLC, and CSSS, LP d/b/a Central Valley Shippers |

GOOD CAUSE APPEARING, IT IS ORDERED AS FOLLOWS,

1. March 17, 2011 shall be the deadline for Appellants to file their opening brief and excerpts of record in the Appeals, and
2. The deadlines of all other briefing regarding the Appeals shall be determined under the rules of this Court and the Bankruptcy Rules.

Dated: January 27, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT