1  STEVEN H. FELDERSTEIN, State Bar No. 056978
   PAUL J. PASCUZZI, State Bar No. 148810
2  TANIA M. MOYRON, State Bar No. 235736
   FELDERSTEIN FITZGERALD
3  WILLOUGHBY & PASCUZZI LLP
   400 Capitol Mall, Suite 1450
4  Sacramento, CA  95814
   Telephone: (916) 329-7400
5  Facsimile: (916) 329-7435
   sfelderstein@ffwplaw.com
6  ppascuzzi@ffwplaw.com
   tmoyron@ffwplaw.com
7
   MALCOLM S. SEGAL, State Bar No.  075481
8  SEGAL & KIRBY
   770 L Street, Suite 1440
9  Sacramento, California  95814
   Telephone:  (916) 441-0828
10 Facsimile:  (916) 446-6003
   msegal@segalandkirby.com
11
   Attorneys for Scott Salyer, individually and as trustee of
12 the Scott Salyer Revocable Trust, and the Scott Salyer
   Revocable Trust
13
   ANDREA M. MILLER, State Bar No.  88992
14 JAMES C. KEOWEN, State Bar No. 173546
   NAGELEY MEREDITH & MILLER, INC.
15 8001 Folsom Boulevard, Suite 100
   Sacramento, California  95826
16 Telephone:  (916) 386-8292
   Facsimile:  (916) 386-8952
17 amiller@nmlaw.com
   jimkeowen@nmlaw.com
18
   Attorneys for SK PM Corp., SK Foods, LLC, SKF
19 Canning, LLC, Blackstone Ranch Corporation, Monterey
   Peninsula Farms, LLC, Salyer Management Company,
20 LLC, SK Farms Services, LLC, SK Frozen Foods, LLC,
   SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC,
21 SSC Farms II, LLC, SSC Farms III, LLC, SKF Aviation,
   LLC, and CSSS, LP d/b/a Central Valley Shippers
22
   *Please see continuation page for a complete list of the*
23 *moving parties and their respective counsel.*

24                    UNITED STATES DISTRICT COURT

25                    EASTERN DISTRICT OF CALIFORNIA

26 | In re: | BANKRUPTCY CASE NO.: 09-29162-D-11 |
   | SK FOODS, LP, a California limited | Chapter 11 |
27 | partnership, et al., | **U.S. District Court Case Nos.** |
   |                    Debtors. | **2:10-cv-2912-LKK; 2:10-cv-2913-LKK** |
28 |  | **2:10-cv-2914-LKK** |

STIPULATION AND [PROPOSED] ORDER STAYING
BANKRUPTCY APPEAL
MSW - Draft February 23, 2011 - 5:20 PM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER STAYING BANKRUPTCY APPEAL OF ORDER MODIFYING PRELIMINARY INJUNCTION**

BRADLEY D. SHARP,

Plaintiff,

vs.

SSC FARMS I, LLC, et al.,

Defendants.

**AP No. 09-02692**
DCN: FWP-1

Chapter 11

BRADLEY SHARP,

Plaintiff,

vs.

SCOTT SALYER, et al.,

Defendants.

**AP No. 10-02014**
DCN: FWP-1

Chapter 11

BRADLEY SHARP,

Plaintiff,

vs.

SFK AVIATION, LLC et al.,

Defendants.

**AP No. 10-02016**
DCN: FWP-1

Chapter 11

1

2

**CONTINUATION SHEET: PARTIES**
**AND THEIR RESPECTIVE COUNSEL**

| | |
|---|---|
| STEVEN H. FELDERSTEIN, State Bar No. 056978<br>PAUL J. PASCUZZI, State Bar No. 148810<br>TANIA M. MOYRON, State Bar No. 235736<br>FELDERSTEIN FITZGERALD<br>WILLOUGHBY & PASCUZZI LLP<br>400 Capitol Mall, Suite 1450<br>Sacramento, California 95814<br>Telephone: (916) 329-7400<br>Facsimile: (916) 329-7435<br>sfelderstein@ffwplaw.com<br>ppascuzzi@ffwplaw.com<br>tmoyron@ffwplaw.com<br><br>Counsel for Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust, and the Scott Salyer Revocable Trust | ANDREA M. MILLER, State Bar No. 88992<br>JAMES C. KEOWEN, State Bar No. 173546<br>NAGELEY MEREDITH & MILLER, INC.<br>8001 Folsom Boulevard, Suite 100<br>Sacramento, California 95826<br>Telephone: (916) 386-8292<br>Facsimile: (916) 386-8952<br>amiller@nmlaw.com<br>jimkeowen@nmlaw.com<br><br>Counsel for Defendants SK PM Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC SSC Farms II, LLC and SSC Farms III, LLC, SKF Aviation, LLC and CSSS, LP d/b/a Central Valley Shippers |
| MALCOLM S. SEGAL, State Bar No. 075481<br>SEGAL & KIRBY<br>770 L Street, Suite 1440<br>Sacramento, California 95814<br>Telephone: (916) 441-0828<br>Facsimile: (916) 446-6003<br>msegal@segalandkirby.com<br><br>Counsel for Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust, and the Scott Salyer Revocable Trust | GREGORY C. NUTI, State Bar No. 151754<br>KEVIN W. COLEMAN, State Bar No. 168538<br>MICHAEL M. CARLSON, State Bar No. 88048<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>One Montgomery Street, Suite 2200<br>San Francisco, California 94104-5501<br>Telephone: 415-364-6700<br>Facsimile: 415-364-6785<br>gnuti@schnader.com<br>kcoleman@schnader.com<br>mcarlson@schnader.com<br><br>Counsel for Bradley D. Sharp, Chapter 11 Trustee |

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER STAYING
BANKRUPTCY APPEAL
MSW - Draft February 23, 2011 - 5:20 PM

1    Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust; the Scott

2    Salyer Revocable Trust; SK PM Corp.; SK Foods, LLC; SKF Canning, LLC; Blackstone Ranch

3    Corporation; Monterey Peninsula Farms, LLC; Salyer Management Company, LLC; SK Farms

4    Services, LLC; SK Frozen Foods, LLC; SS Farms, LLC; SSC Farming, LLC; SSC Farms I, LLC;

5    SSC Farms II, LLC; SSC Farms III, LLC; SKF Aviation, LLC; and CSSS, LP d/b/a Central

6    Valley Shippers (collectively, "Appellants"), on the one hand, and Bradley D. Sharp ("Appellee"

7    and, together with Appellants, the "Parties"), the duly appointed and acting chapter 11 trustee of

8    substantively consolidated debtors SK Foods, L.P., a California limited partnership, and RHM

9    Industrial/Specialty Foods, Inc., a California corporation, d/b/a Colusa County Canning Co., on

10    the other hand, by and through their respective counsel, hereby stipulate and agree as follows:

11    1.    On October 13, 2010, the Bankruptcy Court entered the Order on Defendants'

12    Motion to Modify Preliminary Injunction (the "Order Modifying Preliminary Injunction"),

13    modifying a preliminary injunction (the "Preliminary Injunction") previously granted by the

14    Bankruptcy Court in the above-captioned adversary proceedings (collectively, the "Adversary

15    Proceedings"), in order to allow SSC Farming, LLC ("SSC Farming") to sell certain parcels of

16    real property and use some the proceeds from such sale (the "Sale Proceeds") for the payment of

17    certain expenses incurred by SSC Farming in the ordinary course of business pursuant to a budget

18    attached to the Order Modifying Preliminary Injunction for the months of August through

19    December 31, 2010 (the "Budget"), without prejudice to further requests to use the Sale Proceeds.

20    2.    On October 27, 2010, Appellants filed in the Adversary Proceedings the Notice of

21    Appeal, appealing the Order Modifying Preliminary Injunction, and the Statement of Election to

22    have the Appeals heard by the United States District Court for the Eastern District of California.

23    Those actions by Appellants have resulted in the current proceedings (collectively, the

24    "Appeals").

25    3.    On December 1, 2010, Appellants filed the Statement of Issues on Appeal from

26    Order on Defendants' Motion to Modify Preliminary Injunction for the Appeal, presenting issues

27    to be heard on in the Appeals, concerning the use of the Sale Proceeds.

28    4.    On January 11, 2011, the Court entered a briefing schedule (the "Briefing

STIPULATION AND [PROPOSED] ORDER STAYING
BANKRUPTCY APPEAL
MSW - Draft February 23, 2011 - 5:20 PM

1   Schedule") for the Appeals.  Pursuant to the Briefing Schedule, Appellants were to submit their

2   opening brief and excerpts of record on January 25, 2011.

3       5.      On or around January 14, 2011, the Parties agreed to participate in mediation

4   concerning, among other things, the Appeals with Judge Michael McManus in the sixty (60) days

5   thereafter (the "Mediation").  The Parties also agreed to postpone the briefing of the Appeals as

6   the issues in the Appeals will be negotiated as part of the Mediation.

7       6.      On January 17, 2011, the Parties filed a stipulation (the "Stipulation") extending

8   the deadline for Appellants to file their opening brief and excerpts of record to March 17, 2011

9   with all other briefing thereafter regarding the Appeals to be conducted pursuant to a briefing

10  schedule in accordance with the rules of this Court and the Federal Rules of Bankruptcy

11  Procedure (the "Bankruptcy Rules").  The Court entered an order approving the Stipulation on the

12  same day.

13      7.      On January 31, 2011, SSC Farming, SSC Farms I, LLC, SSC Farms II, LLC and

14  SSC Farms III, LLC (collectively, the "Farming Entities") filed the Motion of Farming Entities to

15  Further Modify the Preliminary Injunction to Permit Ordinary Course Lease and Management

16  Transactions (the "Ordinary Course Transactions Motion") to allow them to make further

17  expenditures of the Sale Proceeds to protect and preserve assets subject to the Preliminary

18  Injunction.

19      8.      On February 16, 2011, the Parties filed a stipulation (the "Revised Budget

20  Stipulation") in the Adversary Proceedings in which they agreed to the entry of an order, among

21  other things, (i) resolving the Ordinary Course Transactions Motion, (ii) modifying the terms of

22  and extending the time period of the Budget (the "Revised Budget") to cover the period of

23  January 1, 2011 through March 31, 2011 and allowing the Farming Entities and Appellee, by

24  written agreement, to extend the Revised Budget after March 31, 2011 for amounts agreeable to

25  Appellee, without further order of the Bankruptcy Court or the Court and (iii) agreeing that

26  Appellants would immediately stipulate to the stay of the Appeals for the period that the Revised

27  Budget remains in effect, including any extensions thereof agreed to by the Farming Entities and

28  Appellee.  The Bankruptcy Court entered the order requested by the Revised Budget Stipulation

-2-

1    on the same day (the "Revised Budget Order").

2        9.      Appellants believe that, so long as the Revised Budget is in effect, the relief sought

3    by them in the Appeals may be unnecessary.

4        10.     For the foregoing reasons, the Parties hereby jointly request that the Court enter an

5    order (A) staying all proceeding in the Appeals; said stay to include but not be limited to,

6    suspending the deadline for Appellants to file their opening brief and excerpts of record in the

7    Appeals, and suspending all other briefing thereafter regarding the Appeals, and (B) requiring

8    that, within seven (7) days after the Revised Budget, including any extensions thereof, no longer

9    remains in effect and either of the Parties determines that that it will no longer negotiate regarding

10   extending the time period of the Revised Budget, such party will file with the Court a notice of

11   expiration of the Revised Budget and a proposed order lifting the stay and  reinstating the briefing

12   schedule, which (a) in no event shall the deadline for Appellants to file their opening brief and

13   excerpts of record in the Appeals be earlier than fourteen (14) days after the date of the filing of

14   the notice and proposed order and (b) all other briefing thereafter regarding the Appeals shall be

15   conducted in accordance with the rules of this Court and the Bankruptcy Rules.

16

17                            [End of Page Intentionally Left Blank]

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER STAYING
BANKRUPTCY APPEAL
MSW - Draft February 23, 2011 - 5:20 PM

1 | Dated this 28th day of February, 2011

2

3 | SCHNADER HARRISON SEGAL &
LEWIS LLP

4

*/s/ Michael M. Carlson*

5 | MICHAEL M. CARLSON
Counsel for Bradley D. Sharp, as Chapter 11

6 | Trustee of SK Foods, L.P.

7

8 | SEGAL & KIRBY LLP

9

*/s/ Malcolm S. Segal*

10 | MALCOLM S. SEGAL
Counsel for Scott Salyer, individually and as

11 | trustee of the Scott Salyer Revocable Trust,
and the Scott Salyer Revocable Trust

12

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

*/s/ Paul J. Pascuzzi*

PAUL J. PASCUZZI
Counsel for Scott Salyer, individually and as
trustee of the Scott Salyer Revocable Trust, and
the Scott Salyer Revocable Trust

NAGELEY MEREDITH & MILLER, INC.

*/s/ James C. Keowen*

JAMES C. KEOWEN
Counsel for SK PM Corp., SK Foods, LLC, SKF
Canning, LLC, Blackstone Ranch Corporation,
Monterey Peninsula Farms, LLC, Salyer
Management Company, LLC, SK Farms
Services, LLC, SK Frozen Foods, LLC, SS
Farms, LLC, SSC Farming, LLC, SSC Farms I,
LLC, SSC Farms II, LLC, SSC Farms III, LLC,
SKF Aviation, LLC, and CSSS, LP d/b/a Central
Valley Shippers

STIPULATION AND [PROPOSED] ORDER STAYING
BANKRUPTCY APPEAL
MSW - Draft February 23, 2011 - 5:20 PM

GOOD CAUSE APPEARING, IT IS ORDERED AS FOLLOWS,

1.  All proceedings regarding the Appeals are stayed, pending further order of the Court, Pursuant to the stay, the deadline for Appellants to file their opening brief and excerpts of record in the Appeals, and the deadlines for all other briefing thereafter regarding the Appeals are suspended, and

2.  Within seven (7) days after the Revised Budget no longer remains in effect and either of the Parties determines that that it will no longer negotiate regarding extending the time period of the Revised Budget, such party will file with the Court a notice of expiration of the Revised Budget and a proposed order lifting the stay and issuing a revised briefing schedule, which (a) in no event shall the deadline for Appellants to file their opening brief and excerpts of record in the Appeals be earlier than fourteen (14) days after the date of the filing of the notice and proposed order and (b) all other briefing thereafter regarding the Appeals shall be conducted in accordance with the rules of this Court and the Bankruptcy Rules.

Dated:  March 2, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER STAYING
BANKRUPTCY APPEAL
MSW - Draft February 23, 2011 - 5:20 PM